IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

LANA SHARP

      Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY

      Defendant.

_____

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**
_____

TO ALL PARTIES, PLEASE TAKE NOTICE that on the 5th day of June 2018, AMERICAN NATIONAL PROPERTY AND CASUALTY filed in the United States District Court for the District of Colorado its Notice of Removal of the Complaint of LANA SHARP against American National to the United States District Court for the District of Colorado.

### I.    INTRODUCTION

The Colorado State Court action was commenced by Lana Sharp ("Plaintiff") against her insurer American National Property and Casualty ("American National") in the District Court, County of Boulder, State of Colorado, case number 2018CV30425 on May 10, 2018.  *See* Complaint, **Appendix A-2** (hereinafter the "State Court Action").  The State Court Action alleges that Plaintiff was injured by an under-insured motorist in a collision on November 8, 2016.  The State Court Action asserts that American National breached its

1

insurance contract with Plaintiff for under-insured motorist insurance coverage arising out of this collision.

## II.   THIS COURT HAS JURISDICTION FOR REMOVED CLAIMS

As of the date of the filing of this Notice of Removal, there has been no entry of judgment (default or otherwise) against any party in the State Court Action.  American National has not filed or served a responsive pleading in the State Court Action.  In fact, it is believed that no service has been accomplished as of this filing. American National seeks removal at this time to avoid any dispute regarding timeliness of removal.

This Court has jurisdiction to remove this matter under 28 U.S.C. § 1332(a) because there is diversity between the parties.  Plaintiff is a natural person and resides in Colorado Springs within El Paso County, Colorado.  American National is an insurance corporation that is headquartered and incorporated in Missouri.  There are no other parties.

Second, there is up to $100,000 in UIM coverage under Plaintiff's policy, and therefore the amount in controversy exceeds $75,000.  See *Dart*, *Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014) ("[A]s specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

Plaintiff also filed a state civil cover sheet advising that she is seeking damages in excess of $100,000.00.  See D*istrict Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint*, attached hereto as **Appendix A-4** (the "Civil Cover Sheet").  The Civil Cover Sheet is an "other paper" under U.S.C. § 1446(b)(3), which puts the defendant on notice

that the amount in controversy exceeds $75,000.00.  See **Paros Properties LLC v. Colorado Cas. Ins. Co.**, 835 F.3d 1264, 1273 (10th Cir. 2016); see also **Shylayeva-Kuchar v. Liberty Mut. Fire Ins. Co.**, No. 06CV01417 EWN-BNB, 2006 WL 2942939, at *4 (D. Colo. Oct. 13, 2006) ("Standing alone, Plaintiff's election to exclude herself from the application of this rule [C.R.C.P. 16.1] would suffice to prove her claims in this case exceed $75,000."); **Paros**, 835 F.3d at 1272-73 (refusing to decide if checking the box on the Colorado state civil cover sheet could support a notice of removal, but crediting a district court opinion that found it at least supports notice of removability, and that "[t]here is no ambiguity in the cover sheet…[a]nd we see no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding …").

Therefore, this action is removable from the Colorado District Court for the County of Boulder to this Court under 28 U.S.C. § 1441(b) pursuant to 28 U.S.C. § 1332.

### III.     PROCEDURAL STATUS AND COMPLIANCE FOR REMOVAL

Pursuant to D.C.COLO.LCivR 81.1 and 28 U.S.C. §1446(a), attached as **Appendix A** are copies of the docket sheet from the state court and all pleadings.  These include the following:

1. Current Docket Sheet from State Court (May 31, 2018);
2. Colorado State Court Complaint and Jury Demand (May 10, 2018);
3. Civil Case Cover Sheet (May 10, 2018); and
4. Summons (May 10, 2018).

*See* Appendices, attached hereto and consecutively numbered **Appendix A-1**, through **Appendix A-4**, as per the above-listed items.

Presently, no hearings are set in the state court.

In accordance with 28 U.S.C. § 1446(d), a **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** will be filed with the Clerk of the District Court, Boulder County, Colorado concurrently with this Notice of Removal, and a filed-endorsed version will be subsequently filed in this matter.

DATED this 5th day of June, 2018.

Respectfully submitted,

By:   s/ *L. Kathleen Chaney*
L. Kathleen Chaney, #29358
J. Park Jennings, #51210
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
FAX: (303) 799-3700
E-mail: kchaney@lclaw.net; pjennings@lclaw.net
*Attorneys for Defendant American National Property and Casualty*

*Printed copy with original signature available for inspection at the office of Lambdin & Chaney, LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2018, I electronically filed the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Trent T. King, Esq.
trent@kingandbeaty.com
Kianna F. Jackson, Esq.
Kianna@kingandbeaty.com
KING & BEATY, LLC
3260 E. Woodmen Road, Suite 200
Colorado Springs, Colorado 80920
*Attorneys for the Plaintiff*

                                                  By:    *s/ L. Kathleen Chaney*
                                                                L. Kathleen Chaney, Esq.
                                                                LAMBDIN & CHANEY, LLP