**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO:**

**APPENDIX A, State Court Filings**

**Appendix A-2**

**State Court Complaint**

<table>
<tr><td>

DISTRICT COURT OF BOULDER COUNTY, COLORADO
1777 6th Street, Boulder, CO 80302

</td><td>

DATE FILED: May 10, 2018 10:50 AM
FILING ID: 9559B1DA5067B
CASE NUMBER: 2018CV30425

</td></tr>
</table>

| | |
|---|---|
| Plaintiff:   Lana Sharp,<br>v.<br>Defendant:   American National Property and Casualty. | ▲COURT USE ONLY▲ |
| KING & BEATY, LLC<br>Trent T. King, No. 24637<br>Kianna F. Jackson, No. 41251<br>3260 E. Woodmen Road, Suite 200<br>Colorado Springs, Colorado 80920<br>Phone: (719) 505-9999<br>Fax: (719) 344-2340<br>E-mail: trent@kingandbeaty.com<br>　　　kianna@kingandbeaty.com<br>***Attorneys for Plaintiff*** | Case Number:<br><br>Division: |

## COMPLAINT AND JURY DEMAND

COMES NOW, Plaintiff Lana Sharp, by and through her attorney, Trent T. King, for her Complaint and Jury Demand against Defendant, American National Property and Casualty (herein after "ANPC"), states and alleges, as follows:

## GENERAL ALLEGATIONS

1.　　Upon information and belief, at all times relevant hereto, Defendant ANPC was and is a corporation doing business in the State of Colorado. The Registered Agent for Defendant ANPC in the State of Colorado is located at 1560 Broadway, Denver, Colorado 80202, Division of Insurance.

2.　　Venue is proper in this action pursuant to C.R.C.P. 98(c) because Defendant ANPC was and is a corporation doing business in the State of Colorado and does business in the County of Boulder.

3.　　On or about November 8, 2016, in El Paso County, Colorado, an underinsured motorist did negligently and carelessly operate a motor vehicle, in total disregard for the traffic regulations then in effect, traffic conditions then encountered, and the rights and safety of Plaintiff and the public at large.

4.      The underinsured driver rear-ended the vehicle in which Plaintiff was a passenger, causing her injuries.

5.      Colorado Springs Police Department investigated the accident. Upon completion of the investigation, Officer Peter Tomitsch issued a citation to underinsured driver for Careless Driving.

6.      Plaintiff was not negligent on the occasion in question.

7.      No third party caused, or contributed to the cause, of the accident and Plaintiff's injuries, damages, and losses.

8.      Plaintiff has not failed to mitigate her damages.

9.      Plaintiff has not been injured in an unrelated matter subsequent to the accident in question.

**CLAIM FOR RELIEF**
**(BREACH OF CONTRACT)**

10.     The allegations contained in paragraph 1 through 9 are incorporated herein by reference as if now set forth verbatim.

11.     Sometime prior to the accident, Plaintiff entered into a contract with Defendant ANPC for the purpose of obtaining automobile insurance, which policy includes coverage for claims involving underinsured motorist coverage. At all times pertinent to the action, all the premiums as required under the contract for insurance were paid to Defendant.

12.     Plaintiff has advised Defendant ANPC to pay for benefits under its policy of insurance, and otherwise fully cooperated with Defendant ANPC in connection with the claim.

13.     Plaintiff is an intended beneficiary of Defendant ANPC insurance policy/contract and is therefore entitled to enforce its terms.

14.     Plaintiff has made a demand upon Defendant ANPC to pay medical bills related to this collision, and Defendant has refused to pay Plaintiff amounts due to them under the underinsured motorist coverage, and so Defendant has breached its contract of insurance.

15.     Plaintiff is entitled to be compensated by Defendant ANPC for all damages they have incurred, including, but not limited to:  pain, suffering, loss of enjoyment of life, loss of earnings and earning capacity, impairment and disability, under the insurance policy.

WHEREFORE, Plaintiff Lana Sharp prays for judgment against Defendant American National Property and Casualty, for all general damages, economic damages, all statutory and necessary costs including, but not limited to, expert witness fees and the expenses incurred in investigation and discovery required to present Plaintiff's claims, interest from the time of the occurrence, post-judgment interest at the requisite rate, and for such other and further relief as this Court shall deem proper, just, and appropriate under the circumstances.

Respectfully submitted,

**King & Beaty, LLC**

*/s/ Trent T. King*
Trent T. King, No. 24637
Attorney for Plaintiff

Plaintiff's Address:
8252 Cypress Wood Dr. Colorado Springs, CO 80927

*In accordance with C.RC.P. 121, §1-29(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

3